<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7256**

---

MICHAEL RANKINS,

Plaintiff - Appellant,

and

JEFF FOSSETT; RONALD CARTER; THOMAS D. CARR;
JAMES PRIEST; WINSTON LLOYD; JAMES A.
BRITTINGHAM, JR.; JEROME BAYLOR,

Plaintiffs,

versus

RONALD MOATS, Warden; RICHARD LANHAM; BISHOP
ROBINSON,

Defendants - Appellees.

---

**No. 95-7257**

---

JEFF FOSSETT,

Plaintiff - Appellant,

and

MICHAEL RANKINS; RONALD CARTER; THOMAS D.
CARR; JAMES PRIEST; WINSTON LLOYD; JAMES A.
BRITTINGHAM, JR.; JEROME BAYLOR,

Plaintiffs,

versus

RONALD MOATS, Warden; RICHARD LANHAM; BISHOP
ROBINSON,

Defendants - Appellees.

_____

**No. 95-7258**
_____

RONALD CARTER,

Plaintiff - Appellant,

and

MICHAEL RANKINS; JEFF FOSSETT; THOMAS D. CARR;
JAMES PRIEST; WINSTON LLOYD; JAMES A.
BRITTINGHAM, JR.; JEROME BAYLOR,

Plaintiffs,

versus

RONALD MOATS, Warden; RICHARD LANHAM; BISHOP
ROBINSON,

Defendants - Appellees.

_____

**No. 95-7259**
_____

THOMAS D. CARR,

Plaintiff - Appellant,

and

MICHAEL RANKINS; JEFF FOSSETT; RONALD CARTER; JAMES PRIEST; WINSTON LLOYD; JAMES A. BRITTINGHAM, JR.; JEROME BAYLOR,

                                        Plaintiffs,

        versus

RONALD MOATS, Warden; RICHARD LANHAM; BISHOP ROBINSON,

                                Defendants - Appellees.

---

**No. 95-7260**

---

JAMES PRIEST,

                                Plaintiff - Appellant,

        and

MICHAEL RANKINS; JEFF FOSSETT; RONALD CARTER; THOMAS D. CARR; WINSTON LLOYD; JAMES A. BRITTINGHAM, JR.; JEROME BAYLOR,

                                        Plaintiffs,

        versus

RONALD MOATS, Warden; RICHARD LANHAM; BISHOP ROBINSON,

                                Defendants - Appellees.

3

---

**No. 95-7261**

---

WINSTON LLOYD,

                                    Plaintiff - Appellant,

        and

MICHAEL RANKINS; JEFF FOSSETT; RONALD CARTER;
THOMAS D. CARR; JAMES PRIEST; JAMES A.
BRITTINGHAM, JR.; JEROME BAYLOR,

                                    Plaintiffs,

        versus

RONALD MOATS, Warden; RICHARD LANHAM; BISHOP
ROBINSON,

                                    Defendants - Appellees.

---

**No. 95-7262**

---

JAMES A. BRITTINGHAM, JR.,

                                    Plaintiff - Appellant,

        and

MICHAEL RANKINS; JEFF FOSSETT; RONALD CARTER;
THOMAS D. CARR; JAMES PRIEST; WINSTON LLOYD;
JEROME BAYLOR,

                                    Plaintiffs,

        versus

4

RONALD MOATS, Warden; RICHARD LANHAM; BISHOP
ROBINSON,

                                    Defendants - Appellees.

                        _____

                          **No. 95-7263**

                        _____

JEROME BAYLOR,

                                    Plaintiff - Appellant,

        and

MICHAEL RANKINS; JEFF FOSSETT; RONALD CARTER;
THOMAS D. CARR; JAMES PRIEST; WINSTON LLOYD;
JAMES A. BRITTINGHAM, JR.,

                                    Plaintiffs,

        versus

RONALD MOATS, Warden; RICHARD LANHAM; BISHOP
ROBINSON,

                                    Defendants - Appellees.

                        _____

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-95-1982-JFM)

                        _____

Submitted:  January 11, 1996        Decided:  January 24, 1996

                        _____

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

                        _____

Affirmed by unpublished per curiam opinion.

                        _____

Michael Rankins, Jeff Fossett, Ronald Carter, Thomas D. Carr, James Priest, Winston Lloyd, James A. Brittingham, Jr., Jerome Baylor, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's orders denying relief on their 42 U.S.C. § 1983 (1988) complaints. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Rankins v. Moats</u>, No. CA-95-1982-JFM (D. Md. July 26, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

6